

**NUMBER 13-08-00669-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOSE LUIS AVILA,** Appellant,

**v.**

**DIANA LOPEZ AVILA,** Appellee.

---

**On appeal from the 197th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Jose Luis Avila, appealed a judgment rendered against him in favor of appellee, Diana Lopez Avila. On November 20, 2008, the Clerk of this Court notified appellant that the notice of appeal did not comply with Tex. R. App. P. 25.1 and 9.5, and

directed appellant to file an amended notice of appeal with the trial court and appellate court within thirty days. To date the appellant has not responded to this Court's notice.

On December 8, 2008, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on December 8, 2008, and that the deputy district clerk, Christina Tusa, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notices. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 29th day of January, 2009.

2